In the MATTER OF the PETITION OF Ryan Matthew RESOP for a Writ of Mandamus

No. 383, 2015

Supreme Court of Delaware.

Submitted: August 10, 2015
Decided: September 1, 2015

DISMISSED.

Manuel NIEVES, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 108, 2015

Supreme Court of Delaware.

Submitted: June 17, 2015
Decided: September 1, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 0107022700

AFFIRMED.

Charles RINGGOLD, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 265, 2015

Supreme Court of Delaware.

Submitted: August 27, 2015
Decided: September 2, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 0907029340

DISMISSED.

Amir FATIR a/k/a Sterling Hobbs, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 332, 2015

Supreme Court of Delaware.

Submitted: August 31, 2015
Decided: September 2, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 75060892DI

REMANDED.